```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY

JEFFREY L. VAUGHN,             :
                               :  Civil Action No. 09-3109 (NLH)
          Plaintiff,           :
                               :
                               :
     v.                        :     ORDER
                               :  (CLOSED)
JOHN M. WATERS, JR., et al.,   :
                               :
          Defendants.          :
```

For the reasons expressed in the Court's Opinion filed herewith,

It is on this 24th day of August, 2009,

ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), the application by plaintiff to proceed in forma pauperis is hereby granted; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the Warden at the South Woods State Prison; and it is further

ORDERED that plaintiff is assessed a filing fee of $350.00 which shall be deducted from plaintiff's prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that plaintiff's claim of ineffective assistance of counsel against defendant, Charles Sandilos, is DISMISSED WITHOUT PREJUDICE, for failure to state a claim upon which relief may be granted at this time, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE, in its entirety as against the remaining defendants, for failure to state a claim upon which relief may be granted, as time- barred, and because the Complaint seeks monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii) and 1915A(b)(1) and (2); and it is further

ORDERED that the Clerk of the Court shall CLOSE this file accordingly.

      /s/ NOEL L. HILLMAN
      NOEL L. HILLMAN
      United States District Judge

At Camden, New Jersey